BRIDGEHEAD LAND COMPANY, for the Use and Benefit of RIVER'S EDGE, INC., Plaintiff in Error, v. INTER-COUNTY TELEPHONE & TELEGRAPH COMPANY, Defendant in Error.

199 So. 363
En Banc
Opinion Filed December 20, 1940
Rehearing Denied January 10, 1941

*M. A. Rosin,* for Plaintiff in Error;

*Henderson & Franklin,* for Defendant in Error.

TERRELL, C. J.—The record and the briefs in this case have been examined and it is found to be an action in ejectment and a companion case to Bridgehead Land Company v. Arthur B. Hale, *et al.,* decided this date.

In the latter case, plaintiff in error seeks to eject defendant in error from the fill or approach to the north end of Edison Bridge in Lee County, more particularly described in the declaration therein, while in this case plaintiff in error seeks to compel defendant in error to remove its telephone poles placed along the west side of said fill. The questions raised and the reasons relied on in the two cases are parallel.

The judgment appealed from is affirmed on authority of the last cited companion case.

Affirmed.

WHITFIELD, BUFORD, CHAPMAN and ADAMS, J. J., concur.

BROWN and THOMAS, J. J., concur in conclusion.